38 So.2d 195

**Jeff ROBERSON v. Erlene M. ROBERSON.**

5 Div. 452.

Supreme Court of Alabama.
Nov. 16, 1948.

Rushton, Stakely & Johnston, of Montgomery, for appellant.

W. C. Hare, of Tuskegee, for appellee.

PER CURIAM.
Appeal dismissed, motion of appellant.

39 So.2d 52

**SERVICE MEN'S RECREATION CLUB et al. v. STATE ex rel. Leland RANDALL, Sols.**

7 Div. 965.

Supreme Court of Alabama.
Jan. 11, 1949.

Robinson & Parris, of Gadsden, for appellants.

A. A. Carmichael, Atty. Gen., for appellee.

Per Curiam.
Appeal dismissed, want of prosecution.

38 So.2d 195

**Raymond SIZEMORE et al. v. L. R. GRIMES et al., Members Board of Revenue.**

3 Div. 484.

Supreme Court of Alabama.
Dec. 14, 1948.

Ball & Ball, of Montgomery, for appellants.

John P. Kohn, Jr., of Montgomery, for appellees.

PER CURIAM.
Appeal dismissed, motion of appellants.

38 So.2d 195

**Richard (alias Dick) SMALLWOOD v. STATE.**

6 Div. 721.

Supreme Court of Alabama.
Oct. 28, 1948.

A. A. Carmichael, Atty. Gen., for the State.

PER CURIAM.
Appeal abated on death of appellant.

39 So.2d 53

**James L. SPRAYBERRY, pro aml v. CLEVELAND MOTOR CO. et al.**

7 Div. 964.

Supreme Court of Alabama.
Jan. 11, 1949.

Roy D. McCord and Hawkins & Copeland, all of Gadsden, for appellant.

Hubert Burns, of Gadsden, for appellees.

Per Curiam.
Appeal dismissed, motion of appellant.